```
 1  JAMES D. BOUGHEY (SBN 44880)
    BETH A. FRUECHTENICHT (SBN 208847)
 2  WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
 3  650 California Street, 14th Floor
    San Francisco, California 94108-2718
 4  Telephone:   (415) 433-0990
    Facsimile:   (415) 434-1370
 5
    Attorneys for Defendant,
 6  The Prudential Insurance Company of America

 7  LAWRENCE VIOLA (SBN 130335)
    SCOTT MACINNES (SBN 211039)
 8  KNAPP & VIOLA
    441 First Avenue
 9  P.O. Drawer 1290
    San Mateo, CA  4401
10
    Attorney for Plaintiff,
11  Sunita Prasad
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNITA PRASAD,<br><br>        Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA, and DOES 1<br>through 50,<br><br>        Defendants. | Case No.: CIV 03-05136 JSW<br><br>**STIPULATION TO CONTINUE TRIAL DATE; [PROPOSED] ORDER THEREON** |

This Stipulation is entered into by and between plaintiff SUNITA PRASAD ("Plaintiff") by and through her counsel of record, Knapp & Viola, and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), by and through its counsel of record, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP:

///

///

1<br>STIPULATION

151546.1

## RECITALS

1. Trial is scheduled for May 23, 2005, and the pre-trial conference is scheduled for May 2, 2005.
2. Counsel for Prudential has been unavailable to prepare and submit the required pre-trial documents to the court due to an unexpected death in the family. Counsel just recently returned to the office on Tuesday, April 19, 2005.
3. The parties have been working diligently to settle this case. A brief continuance of the pre-trial conference and trial is respectfully requested to allow the parties to continue settlement negotiations. A continuance would allow the parties to focus on settlement negotiations without having to also prepare for trial. A continuance would also not take up the Court's vaulable time in dealing with a case that is likely to settle.

## STIPULATION

Based upon the foregoing, the Plaintiff and Prudential hereby stipulate as follows:

A. The pre-trial conference shall be continued to June 6, 2005 at 2:00 p.m.;
B. The trial date shall be continued to June 27, 2005 at 9:00 a.m.

**SO STIPULATED AND AGREED:**

DATED: April 28, 2005            KNAPP & VIOLA

By: ___/s/___
LAWRENCE VIOLA
Attorney for Plaintiff
Sunita Prasad

DATED: April 28, 2005            WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP

By: ___/s/___
BETH A. FRUECHTENICHT
Attorneys for Defendant
The Prudential Insurance Company of America

2
STIPULATION

151546.1

1 **IT IS SO ORDERED:**

4 DATED: April __29__, 2005                /s/ Jeffrey S. White
                                           **Hon. Jeffrey S. White**
5                                          United States District Court Judge

3
STIPULATION

151546.1