1  LAWRENCE VIOLA (SBN 130335)
   SCOTT MACINNES (SBN 211039)
2  KNAPP & VIOLA
   441 First Avenue
3  P.O. Drawer 1290
   San Mateo, CA  4401
4
   Attorney for Plaintiff,
5  Sunita Prasad

6

7  JAMES D. BOUGHEY (SBN 44880)
   BETH A. FRUECHTENICHT (SBN 208847)
8  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
   650 California Street, 14th Floor
9  San Francisco, California 94108-2718
   Telephone:   (415) 433-0990
10 Facsimile:   (415) 434-1370

11 Attorneys for Defendant,
   The Prudential Insurance Company of America
12

13
                   UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16
   SUNITA PRASAD,                    )   Case No.: CIV 03-05136 JSW
17                                   )
              Plaintiff,             )
18                                   )   **STIPULATED DISMISSAL OF ACTION
         v.                          )   AND [~~PROPOSED~~] ORDER**
19                                   )
   THE PRUDENTIAL INSURANCE          )
20 COMPANY OF AMERICA, and DOES 1    )
   through 50,                       )
21                                   )
              Defendants.            )
22                                   )

23

24     It is hereby stipulated by and between the parties to this action, Plaintiff SUNITA

25 PRASAD ("Plaintiff" or "Prasad"), and Defendant The Prudential Insurance Company of

26 America ("Prudential") by and through their respective counsel of record, that the above-

27 captioned action be, and hereby is dismissed with prejudice pursuant to the Federal Rules of

28 Civil Procedure, Rule 41.

                                          1
                     STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER
152955.1

1  Each party shall bear its own costs and attorneys' fees in this action.
2  Pursuant to local rules, this document is being electronically filed through the Court's ECF
3  System. In this regard, counsel for Plaintiff and Defendant hereby attest that (1) the content of
4  this document is acceptable to all persons required to sign the document; (2) counsel for Plaintiff
5  and Defendant has signed this document; and (3) the signed document is available for inspection
6  upon request.

7
8  DATED: May 11, 2005            KNAPP & VIOLA

9
10                                By: _____
                                  LAWRENCE VIOLA
11                                Attorney for Plaintiff
                                  Sunita Prasad
12
13 DATED: May 10, 2005            WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP
14
15                                By: _____
16                                BETH A. FRUECHTENICHT
                                  Attorneys for Defendant
17                                The Prudential Insurance Company of America

18                                      **ORDER**
19
20 **IT IS SO ORDERED:**
21
22
23 DATED: ~~May~~ July 14, 2005    /s/ Jeffrey S. White
                                   _____
                                   **Hon. Jeffrey S. White**
24                                 United States District Court Judge
25
26
27
28

2
STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER

152955.1